United States District Court
Eastern District of Kentucky

William O. Bertelsman
Judge
Covington, Kentucky 41012

P.O. Box 1012
(859) 392-7900
Fax (859) 392-7905

July 7, 2006

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC    20544

RECEIVED
2006 JUL 12  A 11: 14
FINANCIAL
DISCLOSURE OFFICE

Re:   Calendar Year 2005 Filing

Dear Committee:

Thank you for your letter of June 30, 2006, concerning my 2005 Financial Disclosure Report.

I apologize for the ambiguities contained therein, which I hope will be resolved by the following information, which is submitted as an amendment to the Report.

(1) The Ross Sinclair Brokerage Account consists entirely of municipal bonds, which are separately listed on the Report. Therefore, the reference to the Brokerage Account itself should be **deleted**.

(2) The E-Trade Account consists of $459.57 in an E*Trade money market and $3,772.00 in Fifth Third Bank stock.

(3) The 529 Trusts are for my ███████████. They are invested in the Kentucky and Michigan Plans managed by TIAA Cref as follows:

| Trust # | Kentucky | Michigan | Value Code |
|---------|----------|----------|------------|
| #1 | 100% | 0% | L |
| #2 | 57% | 43% | M |
| #3 | 32% | 68% | M |
| #4 | 32% | 68% | M |
| #5 | 32% | 68% | M |
| #6 | 29% | 71% | M |
| #7 | 0% | 100% | M |
| #8 | 0% | 100% | M |
| #9 | 0% | 100% | M |

Judicial Conference of the United States
Committee on Financial Disclosure
July 7, 2006
Page 2


        I hope this is the information you require.  If anything
further is needed, please contact me.

                            Respectfully submitted,



                            William O. Bertelsman

WOB/ptb

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Bertelsman, William O | 2. Court or Organization<br><br>KY-ED | 3. Date of Report<br><br>05/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>35 West Fifth Street, Rm. 505<br>P. O. Box 1012<br>Covington, KY 41012-1012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Teacher (part-time)(one class) | Salmon P. Chase College of Law, Northern Kentucky University, Highland Heights, KY |
| 2. Owner | 529 Trust Plans #1-#9 |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 MAY 17 A 10: 53 FINANCIAL DISCLOSURE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|------|-----------------|------------------------------|
| 1. 2005 | Salmon P. Chase College of Law -- teaching fee | $ 2,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. 2005 | Council on Postsecondary Education |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|--------|-------------|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Victory Gradison Government Reserve #1 | A | Dividend | L | T | | | | | |
| 2. Dreyfus Municipal Bond Fund | B | Interest | K | T | | | | | |
| 3. Dreyfus Intermediate Municipal Bond Fund | C | Interest | L | T | | | | | |
| 4. Dreyfus Gold Fund | | None | K | T | | | | | |
| 5. Legg Mason Europe Fund (stock) | A | Dividend | K | T | | | | | |
| 6. U.S. Bank, Fort Thomas, KY | A | Interest | J | T | | | | | |
| 7. Dreyfus Short Intermedidate Municipal Bond Fund | B | Interest | L | T | | | | | |
| 8. Dupree, Kentucky- Short/Med. Fund | A | Interest | L | T | | | | | |
| 9. Dupree, Kentucky - Tax Free Fund | B | Interest | N | T | | | | | |
| 10. ▮▮ Undeveloped Lots in Charlotte Co., Florida | | None | J | W | | | | | |
| 11. Providence Montessori Kentucky (School) ▮▮▮▮ | A | Interest | | T | Redeemed | 7/1 | J | A | |
| 12. Fifth Third Bank (Account) | A | Interest | J | T | | | | | |
| 13. Citizens Bank of Campbell County, KY (shares) | A | Dividend | | T | Sold | 12/6 | L | F | |
| 14. Fifth Third Bank, Fort Thomas, KY (Common Shares) | A | Dividend | M | T | | | | | |
| 15. Victory Established Value Fund G | A | Dividend | L | T | | | | | |
| 16. Dreyfus Growth & Income Fund | A | Dividend | J | T | | | | | |
| 17. Kentucky League of Cities (Dayton, KY) ▮▮▮▮ | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |

| | Bertelsman, William O | | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Victory Gradison Government Reserve 2 | A | Dividend | J | T | | | | | |
| 19. Bank of Kentucky (Account) | C | Interest | L | T | | | | | |
| 20. Lincoln County, KY (Public Property) | A | Interest | J | T | | | | | |
| 21. Procter & Gamble - Common stock | A | Dividend | K | T | | | | | |
| 22. Citizens Bank of Campbell Co., Kentucky (Accounts) | D | Interest | M | T | | | | | |
| 23. Victory Small Company Fund | A | Dividend | J | T | | | | | |
| 24. NCR Corp. (common stock) | | None | J | T | | | | | |
| 25. Pomeroy Computer Res. (Common stock) | | None | J | T | | | | | |
| 26. BankAmerica Corp. (common stock) | A | Dividend | K | T | | | | | |
| 27. Bank of Kentukcy (Account) | C | Interest | L | T | | | | | |
| 28. United States Savings Bonds (I) | B | Interest | L | T | | | | | |
| 29. Carrollton & Henderson KY (Public Energy | A | Interest | | T | Redeemed | 1/1 | J | A | Omitted from 2004 Report |
| 30. American Int'l Group, Inc. | A | Dividend | K | T | | | | | |
| 31. Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 32. First Data Corp. | A | Dividend | K | T | | | | | |
| 33. Sherwin Williams | A | Dividend | J | T | | | | | |
| 34. Tyco International Ltd. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ .NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Scudder Dreman High Return Fund | A | Dividend | K | T | | | | | |
| 36. Russell County, KY Hospital | A | Interest | K | T | | | | | |
| 37. Mill Valley One Ltd (Ltd partnership)(promissory note) | A | Interest | J | T | | | | | |
| 38. American Express Co. | A | Dividend | J | T | | | | | |
| 39. Kroger Co. | A | Dividend | J | T | | | | | |
| 40. Ross Sinclair Brokerage Account | A | Dividend | J | T | | | | | |
| 41. Harlan County, KY Health Care Facs Laurel Project | A | Interest | K | T | | | | | |
| 42. Eastern KY Univ. Revs. Sys (Due 2/1/09) | A | Interest | J | T | | | | | |
| 43. Victory Stock Index Fund (Account) | A | Dividend | J | T | | | | | |
| 44. Barbourville, KY EDK Bldg Rev (Union College) | A | Interest | J | T | | | | | |
| 45. Victory Gradison Government Reserve #3 | A | Dividend | J | T | | | | | |
| 46. Kentucky State Property & Bldg | A | Interest | K | T | | | | | |
| 47. J.M. Smucker Co. | A | Dividend | J | T | | | | | |
| 48. Comcast Corp. Class A | A | Dividend | J | T | | | | | |
| 49. 529 Trust #1 | B | Interest | L | T | | | | | |
| 50. 529 Trust #2 | B | Interest | M | T | | | | | |
| 51. 529 Trust #3 | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. 529 Trust #4 | B | Interest | M | T | | | | | |
| 53. 529 Trust #5 | B | Interest | M | T | | | | | |
| 54. 529 Trust #6 | B | Interest | M | T | | | | | |
| 55. Allstate Corp. | D | Dividend | N | T | | | | | |
| 56. BP PLC | B | Dividend | L | T | | | | | |
| 57. Burlington Resources, Inc. | B | Dividend | K | T | | | | | |
| 58. Chevron-Texaco Corp. | B | Dividend | K | T | | | | | |
| 59. Cinergy Corp. | A | Dividend | J | T | | | | | |
| 60. Clorox Co. | B | Dividend | L | T | | | | | |
| 61. Conoco Phillips | A | Dividend | J | T | | | | | |
| 62. Ezxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 63. General Mills, Inc. | A | Dividend | K | T | | | | | |
| 64. Kerr McGee Corp. | A | Dividend | J | T | Partial Sale | 5/25 | J | B | |
| 65. Pepsico, Inc. | C | Dividend | M | T | | | | | |
| 66. Pfizer, Inc. | B | Dividend | L | T | Partial Sale | 12/14 | L | A | |
| 67. Procter & FGamble Co. | E | Dividend | O | T | | | | | |
| 68. Southern Co. | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Sunoco, Inc. | A | Dividend | L | T | | | | | |
| 70. Wachovia Corp. | A | Dividend | K | T | | | | | |
| 71. Whirlpool Corp. | A | Dividend | K | T | | | | | |
| 72. Wisconsin Energy Corp. | B | Dividend | L | T | | | | | |
| 73. Xcel Energy, Inc. | A | Dividend | J | T | | | | | |
| 74. Yum Brands, Inc. | A | Dividend | L | T | | | | | |
| 75. U.S. Savings Bonds (H) | B | Interest | K | T | | | | | |
| 76. 529 Trust #7 | C | Interest | M | T | | | | | |
| 77. 529 Trust #8 | C | Interest | M | T | | | | | |
| 78. 529 Trust #9 | C | Interest | M | T | | | | | |
| 79. Louisville & Jefferson Co., KY Metro Sewer & Drain Bond | C | Interest | K | T | | | | | |
| 80. Elizabethtown, KY Public Properties Bond | B | Interest | K | T | | | | | |
| 81. University of Louisville, KY Educational Bldg. Bond | B | Interest | K | T | | | | | |
| 82. Kentucky State Turnpike Authority Bond | C | Interest | K | T. | | | | | |
| 83. Kentucky State Property & Bldgs. Communication Revenue Bond | C | Interest | K | T | | | | | |
| 84. Northern Kentucky Water District Bond | B | Interest | K | T | | | | | |
| 85. Clay County, KY Justice Center Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |

| | | Bertelsman, William O | | | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Owensboro, KY Public Project Bond | B | Interest | K | T | | | | | |
| 87. Kentucky State Property & Bldgs Revenue Bond | C | Interest | K | T | | | | | |
| 88. E-Trade Account | A | Interest | J | T | | | | | |
| 89. Ky. State Turnpike Bond 3.6% | A | Interest | J | T | | | | | |
| 90. Ky. State Turnpike Bond 3.75% | A | Interest | K | T | | | | | |
| 91. Automatic Data Processing, Inc. | A | Dividend | K | T | | | | | |
| 92. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 93. T-Rowe Price Equity Index 500 | A | Interest | K | T | | | | | |
| 94. Templeton Foreign Fund Cl A | A | Interest | K | T | | | | | |
| 95. Growth Fund of America | A | Interest | K | T | | | | | |
| 96. Ky. State Property & Bldg. Commn. Bond | A | Interest | K | T | | | | | |
| 97. Jessamine Co., KY School 2/1/11 3.125% | A | Interest | K | T | Buy | 2/9 | K | | |
| 98. Fleming Co., KY School 2.5% | A | Interest | K | T | Buy | 4/1 | K | | |
| 99. J.P.Morgan Chase Bank | A | Interest | J | T | Buy | 6/9 | J | | |
| 100. Fifth Third Bank (CD) | A | Interest | J | T | Buy | 9/23 | J | | |
| 101. Ameriprise Fin. Inc. | A | Dividend | J | T | Buy | 10/3 | J | | Spinoff from American Exp. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

```
Please note that the Adobe Software would not print out top
of each individual page.
```

# IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████ Date _May 10, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544